**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DELSY NOEMI FLORES MENA,

Petitioner,

v. No. 2:26-cv-01133-MLG-GJF

NINA SISLER, in official capacity,
Facility Administrator of Otero County
Correctional Center, et al.,

Respondents.

**JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Order of Dismissal (Doc. 7) previously filed in this matter, the Court issues its separate judgment finally disposing of this civil case. It is ordered that this civil action is dismissed without prejudice.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA